tion was his *alter ego*. The judgment decreeing specific performance is affirmed.

The second appeal, No. 11,948, is from the trial court's refusal to give the purchasers judgment against Rosen for their counsel fee. We cannot say this refusal was an abuse of discretion.

Affirmed on both appeals.

John W. GROVER, Appellant

v.

UNITED STATES of America, Appellee.

No. 11903.

United States Court of Appeals District of Columbia Circuit.

Argued Feb. 16, 1954.

Decided April 15, 1954.

Mr. T. Emmett McKenzie, Washington, D. C., for appellant.

Mr. Gerard J. O'Brien, Jr., Asst. U. S. Atty., Washington, D. C., with whom Messrs. Leo A. Rover, U. S. Atty., and Lewis A. Carroll and Thomas A. Flannery, Asst. U. S. Attys., Washington, D. C., were on the brief, for appellee. Mr. William J. Peck, Asst. U. S. Atty., at time record was filed, Washington, D. C., entered an appearance for appellee.

Before CLARK, BAZELON and DANAHER, Circuit Judges.

PER CURIAM.

We find no merit in this appeal from a conviction on three counts of an indictment charging lottery law violations under 22 D.C.Code, §§ 1501, 1502, 1504 (1951).

Affirmed.

MEREDITH et al. v. CABELL et al.

No. 11973.

United States Court of Appeals, District of Columbia Circuit.

Argued April 5, 1954.

Decided April 15, 1954.

